UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOV ARONOWITZ,

                Plaintiff,

  — against —

BLOOMBERG, LP and BLOOMBERG
TRADEBOOK, LLC,

                Defendants.

**ORDER**

09 Civ. 9522 (VM)

---

**VICTOR MARRERO**, United States District Judge.

    The conference scheduled for September 24, 2010 is adjourned to **October 1, 2010 at 4:45 p.m. Parties are directed to appear in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York. Principal trial counsel must appear at this and all subsequent conferences.**

    Counsel are directed to review Judge Marrero's Individual Rules. The Rules may be obtained at the Clerk's/Cashier's Office on the first floor of the United States Courthouse, 500 Pearl Street, New York, New York, or by visiting the Court's internet site at www.nysd.uscourts.gov. **Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Rules.**

Dated: 25 May 2010
      New York, New York

                                VICTOR MARRERO
                                U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-10